UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADVANCED INTERVENTIONAL PAIN & DIAGNOSTICS OF WESTERN ARKANSAS, LLC, on behalf of itself and all others similarly situated,

Plaintiff,

v.

ADVA HOLDINGS, LLC and ENCOMPASS SPECIALTY NETWORK, LLC,

Defendants.

Case No.: 8:20-cv-02704-WFJ-CPT

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a), Plaintiff Advanced Interventional Pain & Diagnostics of Western Arkansas, LLC, on behalf of itself and all others similarly situated, and Defendants Adva Holdings, LLC, and Encompass Specialty Network, LLC, by and through undersigned counsel, hereby notify the Court that an agreement has been reached to fully resolve the above-styled action.

The Parties are now jointly working on a settlement agreement that will embody the final, executed Memorandum of Understanding, and the Parties anticipate that Plaintiff will file a Motion for Preliminary Approval no later than thirty (30) days from the date of this filing. The Parties respectfully request that the Court stay all pending deadlines and permit the Parties until February 25, 2021 to complete a written settlement agreement and file the Motion for Preliminary Approval of the proposed settlement.

Dated this 26th day of January, 2021.

Respectfully submitted,

/s/ Randall K. Pulliam
Randall K. Pulliam (admitted *pro hac vice*)
CARNEY BATES & PULLIAM, PLLC
519 West 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505
Email:  rpulliam@cbplaw.com

Nicole Ballante (Fla. Bar No. 125356)
Bailey & Glasser LLP
360 Central Avenue, Suite 1500
St. Petersburg, Florida 33701
Email: nballante@baileyglasser.com
Telephone: 727.894.6745
Facsimile: 727.894.2649

John Rainwater (admitted *pro hac vice*)
Arkansas Bar No. 2009137
Rainwater, Holt & Sexton, PA
P.O. Box 17250
Little Rock, Arkansas  72222
Telephone:  (501)868-2500
Facsimile:  (501)868-2505

*Counsel for Plaintiff*

/s/ Molly K. McGinley
Molly K. McGinley (admitted *pro hac vice)*
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Telephone:  312-807-4419
Facsimile:  312-827-8000

Jeffrey T. Kucera
Florida Bar No.: 68233
K&L Gates LLP
Southeastern Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, FL 33131
Telephone: 305-539-3300
Facsimile: 305-358-7095
Email: jeffrey.kucera@klgates.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of January, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                       /s/ Randall Pulliam
                                        RANDALL PULLIAM