# EXHIBIT A

**K&L GATES**

March 10, 2021

Molly K. McGinley
molly.mcginley@klgates.com

T +1 312 807 4419
F +1 312 827 8000

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

       Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

K&L GATES, LLP represents Adva Holdings, LLC and Encompass Specialty Network, LLC ("Defendants") in a putative class action lawsuit entitled *Advanced Interventional Pain & Diagnostics of Western Arkansas, LLC, on behalf of itself and all others similarly situated, v. Adva Holdings, LLC and Encompass Specialty Network, LLC*, Case No. 8:20-cv-02704-WFJ-CPT. The lawsuit is pending before the Honorable William F. Jung in the United States District Court for the Middle District of Florida, Tampa Division. This letter is to advise you that Plaintiff filed an Unopposed Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on March 1, 2021.

| | |
|---|---|
| **Case Name:** | *Advanced Interventional Pain & Diagnostics of Western Arkansas, LLC v. Adva Holdings, LLC, et al.* |
| **Case Number:** | 8:20-cv-02704-WFJ-CPT |
| **Jurisdiction:** | United States District Court, Middle District of Florida, Tampa Division |
| **Date Settlement Filed with Court:** | March 1, 2021 |

Defendants deny any wrongdoing or liability whatsoever, but have decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In

«First» «Last»

compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the *Class Action Complaint, Answer to Class Action Complaint and Affirmative Defenses, Amended Class Action Complaint,* and *Second Amended Class Action Complaint* are included on the enclosed CD.

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of March 10, 2021, the Court has not yet scheduled a final fairness hearing in this matter. On March 3, 2021, the Court issued its *Order Preliminarily Approving class Action Settlement, Directing Notice, and Scheduling Final Approval Hearing,* setting the Final Approval Hearing to be heard at 9:30 a.m. Eastern on June 22, 2021 before the Honorable William F. Jung. Copies of the *Order Preliminarily Approving class Action Settlement, Directing Notice, and Scheduling Final Approval Hearing* and *Plaintiff's Unopposed Motion and Memorandum of Law in Support of (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Class* are included on the enclosed CD.

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Long Form Notice, Claim Form,* and *Facsimile Notice* to be provided to the class are included on the enclosed CD.

4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Settlement Agreement and Release* is included on the enclosed CD.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of March 10, 2021, no other settlement or agreement has been entered into by the Parties to this Action with each other, either directly or by and through their respective counsel.

6. **28 U.S.C. § 1715(b)(6) – Final Judgmen**t: No Final Judgment has been reached as of March 10, 2021. A copy of the *Joint Stipulation of Dismissal of Defendant Paradigm Management Services, LLC* issued on January 5, 2021, is included on the enclosed CD. A copy of the proposed *Final Approval Order and Judgment* is also included on the enclosed CD.

7. **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** While Defendants and KCC Class Action Services, LLC are in the process of gathering information on this issue, pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a complete list of names of class members as well as each State of residence is not available, because the parties do not presently know

2

March 10, 2021

«First» «Last»

       the names or current addresses of all the proposed settlement class members and will not learn this information until reverse facsimile number searches are conducted. Attached hereto as Appendix A is a breakdown of unique facsimile number by State area code and an approximate percentage in relation to the entirety of the Class. Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is estimated that there are approximately 36,416 unique facsimile numbers in the class.

8.     **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time. A copy of the *Stipulation to Transfer* issued November 13, 2020 is included on the enclosed CD.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact the undersigned immediately so that Defendants can address any concerns or questions you may have.

    Thank you.

Very truly yours,

*/s/ Molly K. McGinley*
Molly K. McGinley


Enclosure: CD Rom

3

March 10, 2021