UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADVANCED INTERVENTIONAL PAIN &
DIAGNOSTICS OF WESTERN ARKANSAS, LLC,

        Plaintiff,

v.                               Case No. 8:20-cv-02704-WFJ-CPT

ADVA HOLDINGS, LLC, and ENCOMPASS
SPECIALTY NETWORK, LLC,

        Defendants.

_____/

**DECLARATION OF RANDALL K. PULLIAM IN SUPPORT OF (i) UNOPPOSED
MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND (ii)
MOTION FOR ATTORNEYS' FEES**

I, Randall K. Pulliam, declare as follows:

1.      I am a partner with the law firm Carney Bates and Pulliam, PLLC ("CBP"). My

firm, along with co-counsel Conn Law P.C. and Bailey & Glasser, LLP (collectively referred to

with CBP as "Class Counsel"), represent Plaintiff Advanced Interventional Pain & Diagnostics of

Western Arkansas, LLC ("Plaintiff" or "Settlement Class Representative") in this action. This

Declaration is based upon my personal knowledge and is made in support of Plaintiff's Unopposed

Motion for Final Approval of Class Action Settlement and Plaintiff's Motion for Attorneys' Fees.

If called as a witness to this matter, I could truthfully and competently testify as to all matters

stated herein.

## I.     THE SETTLEMENT REPRESENTS AN EXCEPTIONAL RESULT AND SATISFIES THE CRITERIA FOR FINAL APPROVAL.

2.      The Settlement reached in this action provides for up to $9,000,000.00, with potential individual recoveries of $250.00, which is equal to 50% of the $500.00 statutory damages amount provided under the TCPA. In addition to these monetary benefits, the Action and the Settlement have resulted in significant non-monetary benefits, namely review of Defendants' policies and procedures to ensure compliance with the TCPA.

3.      When measured against all the relevant standards for approval of class action settlements, Class Counsel believes the results achieved are exceptional and the Settlement is in the best interests of the Settlement Class.

4.      Specifically, the Settlement was reached only after Class Counsel conducted an extensive factual investigation into the Defendants' alleged misconduct and thoroughly researched the law pertinent to the Class's claims and the Defendants' defenses. In addition to Class Counsel's extensive investigative efforts, Class Counsel performed the following tasks: drafting and filing the complaint, opposing Defendants' motion to dismiss, drafting and propounding discovery requests, reviewing documents submitted by Defendants, participating in mediation and engaging in contentious, arm's-length settlement negotiations. The efforts undertaken by Class Counsel and Plaintiff demonstrate they have fully, vigorously, zealously and adequately represented the Settlement Class.

5.      The settlement negotiations were further informed through the mediation process. Here, the assistance of a trained, neutral mediator, Hon. Edward A. Infante (Ret.), assisted the parties in identifying, exploring, and promoting a better understanding of the legal and factual issues involved on both sides. This, coupled with the parties' exchange of information and prior

litigation and experience, allowed Class Counsel to adequately assess the strengths and weaknesses of Plaintiff's case and balance the benefits of settlement against the risks of further litigation.

6.      Defendants were represented by the law firm of K&L Gates, LLP. According to its website, K&L Gates, LLP is a global law firm that spans five continents. *See* https://www.klgates.com/. During the course of the litigation, Defendants' counsel vigorously defended their clients' position and demonstrated their commitment to litigate this Action to its conclusion. Against such formidable and well-financed opposition, Class Counsel achieved an outstanding result for the Settlement Class, further evidencing the quality and of their work.

7.      The Settlement enjoys the overwhelming support of the Settlement Class. To date, no Settlement Class Member has objected to the Settlement. And, while no governmental entity is a party to this litigation, notice was issued to the appropriate federal and state officials in accordance with the 28 U.S.C. § 1715, and to date, no governmental entity has raised an objection or concern about the Settlement. *See* Declaration of Michelle Robinson Re: Notice Procedures ("Robinson Decl.") at ¶¶ 1-3.

8.      Further, the notice program approved by the Court has now been fully implemented. *See* Robinson Decl. at ¶ 5. According to Robinson, the notice reached an estimated 83% of Settlement Class Members. Id. at ¶ 6. This is at the high end of the range established by Federal Judicial Center, "*Judge's Class Action Notice and Claims Process Checklist and Plain Language Guide*" (2010) (available at https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf) (stating a notice reach of between 70-95% is reasonable). Thus, the notice program satisfies the requirements of Federal Rule of Civil Procedure 23(c) and due process and constitutes the best notice practicable under the circumstances.

9.      Based upon the foregoing, Class Counsel believe that the Settlement is an excellent result for the Settlement Class and is appropriate for final approval.

## II.     CLASS COUNSEL'S FEE REQUEST IS REASONABLE AND SHOULD BE APPROVED.

10.      In accord with the terms of the Settlement Agreement, Class Counsel are seeking an award of attorneys' fees of 25% of the common fund, or $2,250,000.

11.      Class Counsel's fee request is supported by the significant relief obtained for the Settlement Class. Specifically, the Settlement provides for an all cash fund of up to $9,000,000.00, as well as significant non-monetary benefits, namely review of Defendants' policies and procedures to ensure compliance with the TCPA.

12.      The Settlement provides eligible Settlement Class Members[1] with a *pro rata* distribution, estimated to yield individual payments of not less than $250.00, a payment equivalent to 50% of the $500.00 statutory damages amount provided for under the TCPA.

13.      Class Counsel's fee request is further supported by the time and resources expended by Class Counsel, the complexity of the case, the skill and expertise needed to advance Plaintiff's claims, and the risk undertaken in prosecuting this case.

14.      My background, as well as my firm's background, is set forth in the attached CBP firm resume. *See* Exhibit 1. To provide a brief overview, I received a Bachelor of Business Administration degree from the University of Central Arkansas, a Master of Business Administration degree from the University of Arkansas, and a Juris Doctorate degree from the University of Arkansas at Little Rock. I have been practicing law full time for over 20 years, and, as reflected in CBP's firm resume, have served as Lead or Co-Lead Counsel in a variety of class

---

[1] To be eligible, a Settlement Class Member must timely submit a completed Claim Form.

actions and other complex litigation, including numerous TCPA cases such as *Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corporation*, 1:16-cv-00789-TWP-MPB (S.D. Ind.) (TCPA class action that resulted in a $17 million settlement) and *ARcare, Inc. v. Qiagen North America Holdings, Inc., et al.*, Case No. 43CV-17-46 (Lonoke Co. Cir. Ct.) (TCPA class action that resulted in a $15.5 million settlement).

15.     CBP's duties in this litigation included factual and legal investigation into Plaintiffs' and the Class's claims; overseeing case development and assignment of work and tasks among Class Counsel; formulating and implementing an effective litigation strategy; drafting, reviewing and revising case documents, including Plaintiff's complaint and amended complaints, Plaintiff's opposition to Defendants' motion to dismiss, and discovery requests; analyzing documents and data obtained through publicly available outlets and discovery; damages analyses; preparing for and engaging in settlement negotiations and mediations, including drafting, reviewing and editing the mediation brief; negotiating the settlement and settlement papers; drafting, reviewing and revising Class Counsel's motions in support of preliminary and final approval of the Settlement and an award of attorneys' fees. In performing these tasks, CBP has expended a total of 784.45 hours in this litigation.  Attached hereto as Exhibit 2 is a listing of the time incurred by each Class Counsel attorney.

16.     Attached hereto as Exhibit 3 is the Declaration of Elliot Conn, which provides a general overview of the tasks conducted by Conn Law P.C. As demonstrated therein, Conn Law P.C has expended 49.6 hours in this litigation.

17.     Attached hereto as Exhibit 4 is the Declaration of Nicole Ballante, which provides a general overview of the tasks conducted by Bailey & Glasser, LLP. As demonstrated therein, Bailey & Glasser, LLP has expended 21.3 hours in this litigation.

18.     Thus, Class Counsel have expended a total of 855.35 hours throughout the course of this litigation. The time expended by Class Counsel was necessary to sufficiently address the needs of the case, to move the litigation forward in an expeditious manner and to achieve the favorable results ultimately reached. Moreover, to ensure against duplication, tasks were assigned to specific attorneys and every reasonable effort was made to avoid repetition of work. As such, the hours expended by Class Counsel are reasonable.

19.     Class Counsel's requested percentage is directly in line with Eleventh Circuit and Florida District Court precedent setting 25% of the fund as a "benchmark" award under the percentage-of-fund method. *See In re Home Depot Inc.*, 931 F.3d 1065, 1076 (11th Cir. 2019) ("In this Circuit, courts typically award between 20-30%, known as the benchmark range."); *Camden I*, 946 F.2d at 775 (recognizing 25% as the "benchmark" for a percentage fee award); *Wilson v. EverBank*, 2016 WL 457011, *18 (S.D. Fla. Feb. 3, 2016) ("[F]ederal district courts across the country have, in the class action settlement context, *routinely* awarded class counsel fees in excess of the 25 percent 'benchmark,' even in so-called 'mega-fund' cases.") (emphasis in original) (quotation omitted); *In re Checking Account Overdraft Litig.*, 830 F. Supp. 2d 1330, 1358 (S.D. Fla. 2011) ("[T]he majority of common fund fee awards fall between 20 percent to 30 percent of the fund, although an upper limit of 50 percent of the fund may be stated as a general rule.") (internal quotation omitted); *Allapattah Servs., Inc. v. Exxon Corp.*, 454 F. Supp. 2d 1185, 1201 (S.D. Fla. 2006) ("[I]n determining [fee] ... awards, the 'benchmark' percentage is 25%, 'which may be adjusted up or down based on the circumstances of each case.' ") (quotation omitted); *Walco Invs., Inc. v. Thenen*, 975 F. Supp. 1468, 1470 (S.D. Fla. 1997) (noting that "25% of the common fund is a 'benchmark'").

20.    In addition, Class Counsel seek an award of reimbursement of litigation expenses of $11,233.33. These costs were associated with mediation fees, filing and pro hac vice fees, legal research, postage/overnight delivery, telephone conferencing and facsimile, travel and other customary litigation expenses and were reasonably incurred in furtherance of the investigation, prosecution, and settlement of the Action. As such, they are reasonable and should be approved. *See Dowdell v. City of Apopka*, 698 F. 2d 1181, 1191-92 (11th Cir. 1983). *See* attached Exhibits 2 and 4.

21.    Plaintiff's request for a service award of $5,000 for serving as Settlement Class Representative is also reasonable. If approved, the requested service award will be paid by Defendants as a separate payment, in addition to and apart from the Settlement Fund established for the benefit of the Settlement Class. The service award is well justified under the circumstances in this case as Plaintiff has subjected itself to significant public attention by suing Defendants, have invested significant time over the course of this litigation in collaborating and communicating with Class Counsel, monitoring the litigation, reviewing case filings and other pertinent documents, and overseeing settlement negotiations.

Dated: May 14, 2021

Randall K. Pulliam

# Exhibit 1



**www.cbplaw.com**
**519 W. 7th Street**
**Little Rock, Arkansas 72201**

# Table of Contents

**The Firm's Practice and Achievements** ........................................................................ 1

**The Firm's Attorneys** .................................................................................................... 4

    Allen Carney ............................................................................................................... 4

    Hank Bates .................................................................................................................. 5

    Randall K. Pulliam ..................................................................................................... 7

    Tiffany Wyatt Oldham ................................................................................................ 8

    David Slade ................................................................................................................. 9

    Lee Lowther ................................................................................................................ 9

    Jake Windley ............................................................................................................ 10

    William P. Creasman ............................................................................................... 10

**Leadership Positions** .................................................................................................... 11

# The Firm's Practice and Achievements

Carney Bates & Pulliam, PLLC is a national law firm that represents clients in complex litigation ranging from data breach and data security to false advertising or deceptive marketing to securities fraud to environmental hazards. Carney Bates & Pulliam is recognized as one of the country's premiere firms in the areas of consumer protection class actions, securities fraud, environmental law and employment discrimination.

The firm has positioned itself at the forefront of data breach and data security litigation. Our attorneys were appointed to the Plaintiffs' Steering Committee in *In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, 1:14-md-02583-TWT (N.D. Ga.), an MDL class action brought on behalf of injured financial institutions in the wake of a massive retailer data breach. A settlement, with a common fund of $25 million and an additional fund of $2.25 million for distribution to financial institutions whose claims were purportedly released by third-party sponsors, was granted final approval on September 22, 2017. We served as counsel for the lead plaintiff in *In re: Target Corporation Customer Data Security Breach Litigation*, 0:14-cmd-02522-PAM-JJK (D. Minn.), successfully representing Umpqua Bank and a class of financial institution plaintiffs over injuries suffered from one of the largest data breaches in history. A settlement, valued at $39.4 million, was granted final approval by the Court on May 12, 2016. CBP also was appointed to the Financial Institution Plaintiff's Steering Committee in the multi-district litigation, *In re. Equifax, Inc., Customer Data Security Breach Litigation*, 1:17-md-2800-TWT (N.D. Ga.). The litigation arises from the 2017 Equifax data breach, in which hundreds of millions of consumer records were stolen by third parties.

In addition, our attorneys were appointed by the court as co-lead counsel in *Matthew Campbell, et al. v. Facebook, Inc.*, 4:13-cv-05996-PJH (N.D. Cal.), a class action involving allegations of email interception and violations of federal anti-wiretapping laws. Final approval of an injunctive relief settlement, securing disclosures and limitations on Facebook's interception and use of private message content, was granted on August 18, 2017. Similarly, in *Daniel Matera, et al. v. Google, Inc.*, 5:15-cv-04062-LHK (N.D. Cal.), we served as co-lead counsel in a class action involving allegations of email interception and violation of state and federal anti-wiretapping laws. A settlement, requiring Google to stop using content derived from email transmissions for user profiling and targeted advertising, was granted final approval on February 9, 2018. We served as lead counsel in *Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corporation*, 1:16-cv-00789-TWP-MPB (S.D. Ind.), representing a class of pharmacies in a Telephone Consumer Protection Act ("TCPA") litigation resulting in a $17 million settlement, which was granted final approval on September 21, 2017. Additionally, we served as lead counsel in *ARcare, Inc. v. Qiagen North America Holdings, Inc., et al.*, Case No. 43CV-17-46 (Judge Sandy Huckabee, Lonoke Co. Cir. Ct.), representing a class of pharmacies in a TCPA litigation resulting in a $15.5 million settlement, which was granted final approval on December 3, 2018.

The firm is counsel to the State of New Mexico in *State of New Mexico v. Tiny Lab Productions, et al.*, Case No. 18-cv-00854-LF-KBM (D.N.M.), an action brought against child app developers and advertising networks for violations of the Children's Online Privacy Protection Act, 15 U.S.C. §§ 6501, *et seq.* ("COPPA"), and against Google, LLC for trafficking in privacy-invasive apps in its online store. CBP also served as co-lead counsel in three class actions against mobile application developers alleging surreptitious tracking of minors in violation of state laws. *Amanda Rushing, et al. v. The Walt Disney Company, et al.*, 3:17-cv-04419-JD (N.D. Cal.); *Amanda Rushing, et al. v. Viacom Inc., et al.*, 3:17-cv-04492-JD (N.D. Cal.); and *Michael McDonald, et al. v. Kiloo APS, et al.*, 3:17-cv-04344-JD (N.D. Cal.). These cases resolved in fifteen separate settlements with Disney, Viacom, Kiloo, Sybo and 11 advertising technology firms. In a New York Times article, Josh Golin, the executive director of

1

Campaign for a Commercial-Free Childhood, said "This is going to be the biggest change to the children's app market that we've seen that gets at the business models . . .. On thousands of apps, children will no longer be targeted with the most insidious and manipulative forms of marketing."

Beyond bringing suit on behalf of those injured by inadequate data security practices, Carney Bates & Pulliam is actively involved in building broader relationships with law enforcement and victims' assistance groups working in the data security space.  Working in conjunction with the National Organization for Victim Assistance, the firm sponsored statewide cybersecurity training for Arkansas law enforcement and allied professionals, drawing attention to cutting edge criminal threats and risk mitigation strategies.

The attorneys at Carney Bates & Pulliam are uniquely qualified to prosecute consumer protection claims. Beyond the firm's work in the digital privacy arena, CBP has represented the State of New Mexico in numerous lawsuits against some of the largest financial service companies in connection with their practice of deceptively marketing and implementing Payment Protection Plans.  Recently, the firm recovered over $100 million for credit card holders in various actions against Bank of America, Capital One, Chase, Discover and HSBC.  CBP served as co-lead counsel in *Williams v. State Farm Mutual Automobile Insurance Company*, 4:11-cv-00749-KGB (E.D. Ark.), which resulted in a recent settlement of $21.7 million with 7,635 individuals receiving 100% recovery plus 6 percent prejudgment interest while releasing no claims or rights (other than named plaintiffs).  The firm served as co-lead counsel in *Ebarle, et al. v. LifeLock, Inc*., 3:15-cv-00258 (N.D. Cal.), a class action on behalf of Customers of the identity theft protection service, arising from claims that LifeLock delivered false statements about its services and failed to alert customers on a timely basis of potential identity theft.  A nationwide settlement of $81 million, was granted final approval in September 2016.  The firm also served as counsel in *Wayne Miner et al. v. Philip Morris USA Inc.*, Circuit Court of Pulaski County, Arkansas, Case No. 60CV-03-4661, a class action brought on behalf of Arkansas smokers over claims that the defendant misrepresented the safety of its "light" cigarette products, which settled in 2016 for $45 million.  The firm serves as counsel to the State of New Mexico in *State of New Mexico v. JUUL Labs, Inc.*, County of Santa Fe First Judicial District Court, New Mexico, Case No. D-101-CV-2020-01033, related to JUUL's marketing and sale of e-cigarettes to teenagers and adolescents.

CBP's reputation for excellence in accounting fraud and other complex class actions has been recognized on repeated occasions by federal and state court judges who have appointed the firm to serve as lead or co-lead counsel in numerous cases throughout the country. In this regard, the firm has successfully represented certain states throughout the country in matters involving securities litigation such as in *Mississippi Public Employees Retirement System v. Semtech* and *In re Sterling Financial Corporation Securities Class Action,* representing Public Employees Retirement Association of New Mexico and the New Mexico Educational Retirement Board.

The firm has been successful at protecting shareholders in "change-of-control" transactions seeking to maximize shareholder value.  For example, the firm represented shareholders of Nationwide Financial in a going private transaction and was able to negotiate more than $200 million for the public shareholders in the form of an increased share price.  In a similar matter, attorneys at the firm represented shareholders of 7-Eleven and brokered an additional $140 million in the sales price.

Additionally, our attorneys handling environmental litigation possess expert knowledge in issues related to groundwater and air pollution, toxic exposures, leaking pipelines and underground storage tanks, oil field contamination, and pesticides. The firm pursues claims against corporate polluters and governmental agencies on the state, local and federal level. For example, Carney Bates & Pulliam served as co-lead counsel on behalf of the Quapaw Tribe in a case that involved natural resources damages to

tribe-related lands from lead and zinc mining, which resulted in an $11.5 million settlement against Asarco, LLC, in addition to confidential settlements with four other mining companies.

In the employment context, Carney Bates & Pulliam served as co-lead counsel in *Nelson v. Wal-Mart Stores, Inc.,* 04-00171 (E.D. Ark.), a nationwide race discrimination class action on behalf of African-American truck drivers against Wal-Mart that provided $17.5 million in recovery, as well as significant changes to Wal-Mart's hiring policies and four years of court supervision of the settlement terms.

In addition to its strong personnel, Carney Bates & Pulliam is well-capitalized, allowing it to dedicate considerable resources and to advance expenses on a contingency fee basis to the fullest extent necessary to achieve the best possible result for class members. As a result of its successful track record and strong capitalization, the firm enjoys a high level of respect and credibility with the defense bar and insurance carriers that often defend and insure corporations and their officers and directors.

As a firm, Carney Bates & Pulliam values practicing in a small environment where professional and personal interaction among the partners, associates, paralegals, accounting staff and other personnel allow for a true "team approach" to litigation strategy that fosters an energetic exchange of ideas. The firm believes its size allows for a greater degree of independence, flexibility and satisfaction than a large firm environment, without sacrificing the quality of representation necessary to achieve successful results for its clients.

# The Firm's Attorneys

## *ALLEN CARNEY*

Mr. Carney is a graduate of the University of Arkansas, earning a degree in Finance. Subsequently, Mr. Carney graduated from the University of Arkansas at Little Rock School of Law.

Allen Carney concentrates his practice on prosecuting complex litigation on behalf of investors, consumers and employees. He has extensive experience in nationwide cases, including appointment as lead counsel in dozens of securities and consumer class actions. He has successfully represented investors and consumers in cases that achieved cumulative recoveries in the hundreds of millions of dollars for plaintiffs.

Mr. Carney played a key role in litigating the various Payment Protection actions against the largest credit card issuers. These actions resulted in significant recoveries for injured consumers. See *Kardonick v. JPMorgan Chase*, S.D. Florida, $20 million; *Esslinger v. HSBC Bank Nevada*, E.D. Pennsylvania, $23.5 million; *In re Discover Credit Card Payment Protection*, N.D. Illinois, $10.5 million; *In re Bank of America*, N.D. California, $20 million; *Spinelli v. Capital One*; M.D. Florida; more than $100 million.

Mr. Carney was lead counsel in Semtech Securities Litigation, a federal securities fraud class action that settled prior to trial achieving a significant recovery for investors. Additionally, he has served as lead counsel in numerous other federal securities fraud class actions, including *In re Lernout & Hauspie Securities Litigation*, No. 00-11589-PBS (D. Mass.) ($115 million settlement); *In re NewPower Securities Litigation*, No. 2-CV-1550 (S.D.N.Y.) ($41 million settlement); *In re DQE, Inc. Securities Litigation*, No. 01-1851 (W.D. Pa.); *In re Ashanti Goldfields Securities Litigation*, No. CV-00-9717 (DGT) (RML) (E.D.N.Y.); *In re Central Parking Corporation Securities Litigation*, No. 03-CV-0546 M.D. Tenn.); *In re Keyspan Securities Litigation*, No. CV-01-5852 (ARR) (MDG) (E.D.N.Y.); *Paul Ruble, et. al. v. Rural Metro Corp., et. al.*, No. CV-99-822-PHX-RGS (D. Ariz.).

Prior to joining the firm, Mr. Carney was a partner with Jack, Lyon & Jones, P.A. in the Little Rock, Arkansas office, where he practiced extensively in the areas of complex commercial litigation, labor and employment litigation, and business transactions. Allen was involved in a number of high-profile cases, including the successful defense of Capital Cities/ABC News in an action brought by Tyson Foods regarding the secret videotaping of chicken processing plants. He was also a Contributing Author to "Arkansas Employment Law Letter," published by M. Lee Smith, 1995.

Mr. Carney is licensed to practice law in Arkansas state courts, the United States District Courts for the Eastern and Western Districts of Arkansas, and the United States Court of Appeals for the Third and Eighth Circuits. Mr. Carney has argued before the Arkansas Supreme Court. Additionally, Mr. Carney has appeared in numerous federal and state courts across the nation via admission *pro hac vice*.

## HANK BATES

Hank Bates focuses his practice on representing individuals, small businesses, public interest groups and governmental entities in litigation to combat consumer fraud, protect data privacy, guard employee rights, clean up pollution and preserve the environment.

Hank has worked to protect consumers in a variety of settings. Recently, Hank successfully prosecuted *Williams, et al, v. State Farm*, 4:11-cv-00749-KGB (E.D. AR), alleging State Farm illegally took a portion of its insureds' settlements with third parties. After over six years of litigation, this case settled in June 2018, resulting in a $21.7 million common fund with 7,630 Arkansans receiving 100% recovery of the improperly taken funds plus 6 percent interest without having to file a claim or sign any release. Hank also served as co-lead counsel in *Ebarle, et al. v. LifeLock, Inc*., 3:15-cv-00258 (N.D. Cal.), a class action on behalf of customers of the identity theft protection service, arising from claims that LifeLock delivered false statements about its services and failed to alert customers on a timely basis of potential identity theft. A nationwide settlement of $81 million was approved in September 2016.

Hank also served as counsel in *Wayne Miner et al. v. Philip Morris USA Inc*., Circuit Court of Pulaski County, Arkansas, Case No. 60CV-03-4661, a class action brought on behalf of Arkansas smokers over claims that the defendant misrepresented the safety of its "light" cigarette products, which settled in 2016 for $45 million.

Hank is at the forefront of data privacy and data security litigation. In the data privacy context, he served as court-appointed class counsel in *Matera, et al. v. Google, Inc*., 5:15-cv-04062-LHK, securing a class action settlement in 2018 requiring Google to stop using content derived from email transmissions for user profiling and targeted advertising, and also served as court-appointed class counsel in *Campbell, et al. v. Facebook, Inc*., 4:13-cv-05996-PJH (N.D. Cal.), securing a settlement in 2017 requiring disclosures of and limitations on Facebook's interception and use of private message content. He also served as co-lead counsel in three class actions against mobile application developers alleging surreptitious tracking of minors in violation of state laws. *Amanda Rushing, et al. v. The Walt Disney Company, et al.*, 3:17-cv-04419-JD (N.D. Cal.); *Amanda Rushing, et al. v. Viacom Inc., et al.*, 3:17-cv-04492-JD (N.D. Cal.); and *Michael McDonald, et al. v. Kiloo APS, et al.*, 3:17-cv-04344-JD (N.D. Cal.). These cases resolved in fifteen separate settlements with Disney, Viacom, Kiloo, Sybo and 11 advertising technology firms. In a New York Times article, Josh Golin, the executive director of Campaign for a Commercial-Free Childhood, said "This is going to be the biggest change to the children's app market that we've seen that gets at the business models . . .. On thousands of apps, children will no longer be targeted with the most insidious and manipulative forms of marketing."

Hank has been involved in litigation over some of the largest consumer data breaches in history, serving as counsel for the lead financial institution plaintiff in *In re: Target Corporation Customer Data Security Breach Litigation*, 0:14-cmd-02522-PAM-JJK (D. Minn.), which recovered $39.4 million for the class of financial institutions, and serving on the Plaintiffs' Steering Committee in *In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, 1:14-md-02583-TWT (N.D. Ga.), which recently settled for $25 million for the class of financial institutions.

In the environmental context, Hank has represented numerous communities across America where neighboring industries polluted their air and tainted their groundwater. These cases have resulted in multi-million-dollar recoveries for the residents of these communities as well as agreements and court orders requiring remediation of contamination and compliance with the environmental laws in the future. For example, as co-lead counsel for the Quapaw Tribe of Oklahoma, Hank secured an $11.5 million settlement from Asarco, LLC for spoiling the Tribe's historic reservation with lead and zinc mining waste, in addition to confidential settlements from four other mining companies. Hank also has represented successfully

numerous farmers in cases involving crop damage by defective pesticides. In addition, he has represented conservation groups in California and Arkansas to protect our waterways from pollution, free-flowing stream from dams, and endangered species from loss of critical habitat.

Hank's employment litigation includes acting as court-appointed class counsel in a nationwide race discrimination class action on behalf of African-American truck drivers against Wal-Mart that provided $17.5 million in recovery, significant changes to Wal-Mart's hiring policies and four years of court supervision of the settlement terms requiring improved hiring practices.

In his community, Hank has served as President of the Board of Directors for Arkansas Advocates for Children and Families, and on the Advisory Board for the Arkansas Journal of Social Change and Public Service.  He served as an inaugural board member of the Arkansas Citizens First Congress and has been honored as Sierran of the Year by the Arkansas Chapter of the Sierra Club, Civil Rights Activist of the Year by the Arkansas Public Policy Panel, and has received the Angel Award from Treatment Homes, Inc., which provides training for therapeutic foster care parents.

Hank is active in the bar, currently serving as Arkansas State Coordinator for Public Justice. In the past he has served as the Chairman of the Environmental Law Section of the Arkansas Bar Association and as Vice-Chairman of the American Bar Association's Committee on Pesticides, Chemical Regulation, and Right-to-Know.

Hank is listed in The Best Lawyers in America and as a "Super Lawyer" (among the top 5 percent of lawyers in Arkansas, Mississippi and Tennessee) by Mid-South Super Lawyers Magazine.

## RANDALL K. PULLIAM

Mr. Pulliam graduated from the University of Central Arkansas with a Bachelor of Business Administration degree, where he was nominated for Outstanding Management Student in the university's School of Business. Mr. Pulliam later earned his Master of Business Administration degree from the University of Arkansas, with an emphasis in Finance. Mr. Pulliam earned his juris doctorate from the University of Arkansas at Little Rock (UALR) School of Law where he received multiple American Jurisprudence Awards.

Mr. Pulliam has been appointed lead counsel in dozens of successful class actions relating to consumer protection, including *Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corporation*, 1:16-cv-00789-TWP-MPB (S.D. Ind.), representing a class of pharmacies in a Telephone Consumer Protection Act ("TCPA") litigation resulting in a $17 million settlement and *ARcare, Inc. v. Qiagen North America Holdings, Inc., et al.*, Case No. 43CV-17-46 (Judge Sandy Huckabee, Lonoke Co. Cir. Ct.), representing a class of pharmacies in a TCPA litigation resulting in a $15.5 million settlement; Mr. Pulliam has been co-lead counsel in *Ebarle, et al. v. LifeLock, Inc.*, 3:15-cv-00258 (N.D. Cal.), a class action on behalf of Customers of the identity theft protection service settled for million; *Kardonick v. JPMorgan Chase & Co.*, S.D. Florida, $20 million; *Esslinger v. HSBC Bank Nevada*, E.D. Pennsylvania, $23.5 million; *In re Discover Credit Card Payment Protection*, N.D. Illinois, $10.5 million; *In re Bank of America Credit Protection Marketing & Sales Practices Litig.*, N.D. California, $20 million; *Spinelli v. Capital One*; M.D. Florida; more than $100 million.  Mr. Pulliam represented the State of New Mexico in a series of lawsuits that each favorably resolved asserting causes of actions for violations of the Dodd-Frank Act and state law against seven of the largest financial institutions in the world.

Mr. Pulliam has substantial experience in many areas of the securities industry, holding his Series 7 General Securities Representative license. Mr. Pulliam worked for Stephens, Inc. as an Equity Trader for four years, where he executed in excess of $2 billion in securities transactions each year and participated in the firm's underwriting and Initial Public Offering allocation decisions. Prior to working at Stephens, Mr. Pulliam worked as an investment banker for Crews and Associates, Inc., where he was responsible for buying municipal bonds for both individual and institutional investors.

Mr. Pulliam has also represented investors seeking financial recovery for losses suffered as a result of securities fraud, as well as in "change-of-control" transactions seeking to maximize shareholder value. Mr. Pulliam represented shareholders of Nationwide Financial in a going private transaction and was able to achieve more than $200 million to the public shareholders. In a similar matter, Mr. Pulliam represented shareholders of 7-Eleven and helped negotiate an additional $140 million in the sales price.

Prior to joining the firm, Mr. Pulliam had a successful law practice in a variety of legal areas, including commercial litigation, where he gained extensive courtroom experience, successfully trying several jury trials.

On the issues of securities fraud and fiduciary duty, Mr. Pulliam has been quoted in numerous publications, including the New York Times and the Dallas Morning News. Mr. Pulliam has also provided presentations about issues affecting institutional investors at conferences and to the boards of numerous public and union pension funds, including being a panelist on the 2005 Institutional Shareholder Services Annual Conference, The Fiduciary Responsibility to Claim Securities Class Action Settlements. Mr. Pulliam is past chair of the Arkansas Bar Association Securities Law Section.

**TIFFANY WYATT OLDHAM**
Ms. Oldham graduated *cum laude* from the University of Arkansas at Fayetteville School of Law in 2001. She served as a member of the Board of Advocates and the W.B. Putman Inns of Court.  In addition, Ms. Oldham served as President of Phi Delta Phi honors fraternity. During her law school career, Ms. Oldham participated in various trial competitions and moot court, where she was selected as a semi-finalist in the spring rounds. Ms. Oldham has a Bachelor's of Arts in English from the University of Arkansas at Fayetteville.

Ms. Oldham began her legal career with Carney Bates & Pulliam in 2002, and for over a decade now, she has focused her practice on securities and consumer fraud class actions.

Ms. Oldham has had a significant role in several of the firm's prominent cases, including:  *Spinelli v. Capital One Bank,* No. 08-CV-132-T-33EAJ (M.D. Fla.); *In re Semtech Corp. Securities Litigation,* No. 07-cv-7114 (FMOx) (C.D. Cal.); *In re Fleming Companies, Inc. Securities and Derivative Litigation,* 5-030MD-1530 (TJW) (E.D. Tex.); *In re Keyspan Securities Litigation*, No. CV-01-5852 (ARR) (MDG) (E.D.N.Y.); *Freidman v. Rayovac Corporation*, No. 02-CV-0308 (W.D. WI); *In re IXL Enterprises, Inc. Securities Litigation*, No. 1:00-CV-2347-CC (N.D. Ga.); *Asher v. Baxter International, Inc.*, et. al., No. 02-CV-5608 (N.D. Il).  Having prosecuted numerous class actions through all stages of the litigation process, Ms. Oldham has experience with the full range of litigation issues confronting investors and consumers in complex litigation.

Working together with her colleagues at Carney Bates & Pulliam, Ms. Oldham's work has contributed to hundreds of millions in recoveries for investors and consumers.  Specifically, Ms. Oldham has contributed to the litigation and settlement efforts in the following cases:  *Ebarle, et al. v. Lifelock, Inc*., Case No.3:15-cv-00258 (N.D. Cal) (consumer class action that resulted in a $81 million settlement); *Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corp*., Case No. 1:16-cv-00789-TWP-MPB (S.D. Ind.) (TCPA class action that resulted in a $17 million settlement); *ARcare, Inc. v. Qiagen North America Holdings, Inc. et al*., Case No. 43CV-17-46 (Lonoke Co. Cir. Ct.) (TCPA class action that resulted in a $15.5 million settlement); and *Williams v. State Farm Mutual Automobile Ins. Co*., Case No. 4:11-cv-00749-KGB (E.D. Ark.) (litigation involving insurance settlement practices that resulted in a common fund settlement of $21.7 million).

Ms. Oldham has also worked on notable data breach and privacy cases, including the following: *In re Equifax, Inc., Customer Data Security Breach Litigation*, 1:17-md-2800-TWT (N.D. Ga.); *In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, Case No. 1:14-md-02583-TWT (N.D. Ga.); and *In re: Target Corporation Customer Data Security Breach Litigation*, Case No. 0:14-cmd-02522-PAM-JJK (D. Minn.).

Immediately prior to joining Carney Bates & Pulliam, Ms. Oldham spent time overseas working for the Japanese municipal government in Okinawa, Japan.  In addition, Ms. Oldham worked as an intern for the United States Bankruptcy Court, Western Division of Arkansas, where she assisted in researching bankruptcy issues and administrating bankruptcy proceedings.

Ms. Oldham is licensed to practice in the Arkansas state courts and the United States District Courts for the Eastern and Western Districts of Arkansas, and the United States Courts of Appeals for the Third Circuit.  She is currently a member of the American, Arkansas and Pulaski County Bar Associations. Ms. Oldham has experience in a multitude of legal fields including securities law, corporate law, business litigation, real estate transactions, and insurance regulation.

### DAVID SLADE

David Slade's path to the law was a nontraditional one. After graduating from college at Yale, he moved to New York City, working at various jobs in the music industry, forming a band, and spending several years touring the country and recording albums. Throughout this period, his interest in the law was nurtured by a side job as a trial assistant in the hormone therapy litigation, *In re: Prempro Products Liability Litigation*, Case No. MDL 1507.

Following his work with the *Prempro* MDL, David attended the University of Arkansas at Little Rock William H. Bowen School of Law. While there, he co-founded the Arkansas Journal of Social Change and Public Service, an online, interdisciplinary publication for which he served as Editor-in-Chief. He oversaw the Journal's inaugural symposium, as well as a variety of community engagement efforts. In its first year, the Journal published submissions from authors throughout the world. David graduated from the University of Arkansas at Little Rock William H. Bowen School of Law in 2013 with high honors.

At Carney Bates & Pulliam, David's principal focus is on consumer protection, with an emphasis on data privacy and data security. Extending his advocacy beyond litigation, David organized a cyber safety training summit for Arkansas law enforcement and victim assistance professionals, in conjunction with the National Organization of Victim Assistance (NOVA). David has authored articles and presented CLEs on data breach litigation issues, with an emphasis on financial institution plaintiffs. He is also a founding member and current co-chair of the Website and Social Media Content Liability Litigation Group of the American Association for Justice.

In addition to his work in the class litigation context, David is a member of the Volunteers Organization, Center for Arkansas Legal Services (VOCALS), an organization committed to pro bono advocacy. He serves on the board of Center for Arkansas Legal Services, a 501(c)(3) nonprofit organization that provides free legal services to low-income individuals residing in the state of Arkansas. He also serves on the board of Fuse, an interdisciplinary resource center for homeless advocacy and care in Central Arkansas.

### LEE LOWTHER

Lee Lowther represents consumers in complex litigation who have fallen victim to the frauds, schemes, and abuses of unscrupulous actors. For several years before joining Carney Bates & Pulliam, Lowther had a wide-ranging defense practice at a respected firm in Little Rock, Arkansas. During his time as a defense lawyer, Lowther learned how to exploit procedural and substantive weaknesses in plaintiffs' cases. This experience serves him well on the other side, enabling him to spot and solve problems before they arise.

Lowther has also benefited from working in the courts. During law school, Lowther worked as an intern for the Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas. And after graduating, Lowther clerked for the Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas. In these roles, Lowther had the benefit of working on cases during every stage of litigation, from the filing of the complaint through rulings on post-judgment motions. More importantly, Lowther observed firsthand how litigation strategies succeed and fail.

During law school, Lowther was chosen by faculty to join the National Trial Competition Team. Lowther also competed in the 2012 Ben J. Altheimer Moot Court Competition, where he and his partner took the award for Best Respondent's Brief. Lowther graduated from the University of Arkansas at Little Rock William H. Bowen School of Law in 2013 with high honors.

*JAKE WINDLEY*

Jake Windley is the newest associate at Carney, Bates, & Pulliam. Jake attended law school at UALR Bowen, where he graduated with high honors and served as the Executive Editor for the school's law review. During this time, he worked with the Arkansas Attorney General's Office in the Public Protection Division as the Janet Steiger Anti-Trust Fellow, a position sponsored by the American Bar Association. It was there that he developed his passion for consumer protection while working on anti-trust, healthcare, and consumer fraud cases. At Carney, Bates, & Pulliam, he has focused his attention to data privacy, debt relief, and consumer protection cases.

*WILLIAM P. CREASMAN*

For more than 32 of his 41 years of practice, Will has built and managed corporate legal departments and served as a chief legal officer or general counsel of a variety of companies, including Alltel Wireless, TCBY, and Wrangler Europe. Will has extensive domestic and international experience in corporate governance, securities, marketing, advertising, franchising, insurance, telecommunications, information technology, and employment law and has worked in the insurance, telecommunications, information technology, manufacturing, and foodservice industries.

He obtained his law degree from Wake Forest University and his undergraduate degree from The Johns Hopkins University. Over the years he has been an adjunct professor at the School of Law, University of Arkansas – Little Rock, a member of the Board of Directors of the Center for Arkansas Legal Services (a pro bono legal services corporation), and a Commercial Panelist for the American Arbitration Association. He is admitted to practice in Arkansas, North Carolina, and Texas.

**Leadership Positions**

Class Action, MLD and Complex Litigation Cases where the attorneys of Carney Bates & Pulliam have held a leadership position of Lead or Co-Lead Plaintiffs' Counsel or as a member of the Executive Committee of Counsels:

*In re AFC Enterprises, Inc. Securities Litigation*, United States District Court for the Northern District of Georgia, Case No. 1:03-cv-0817-TWT ($15 million settlement).

*Amanda Rushing, et al. v. The Walt Disney Company, et al.*, 3:17-cv-04419-JD; *Amanda Rushing, et al. v. Viacom Inc., et al.*, 3:17-cv-04492-JD; *Michael McDonald, et al. v. Kiloo APS, et al.*, 3:17-cv-04344-JD United States District Court for Northern District of California (injunctive relief settlement in three consolidated axtions requiring removal, disabling and limiting of tracking software that could be used to target children with ads across thousands of gaming apps)

*Anderson, et al. v. Farmland Industries, Inc.*, United State District Court for the District of Kansas, Case No. 98-cv-2499-JWL (multi-party consolidated environmental litigation, Co-Lead Counsel; confidential settlement).

*ARcare, Inc. v. Qiagen North America Holdings, Inc., et al.*, Circuit Court of Lonoke County, Arkansas, Case No. 43CV-17-46 (Lead Counsel, $15.5 million settlement).

*In re Ashanti Goldfields Securities Litigation*, United States District Court for the Eastern District of New York, Case No. CV-00-0717 (DGT) (RML) (Co-Lead Counsel; $15 million settlement).

*Asher v. Baxter International, Inc., et al.*, United States District Court for the Northern District of Illinois, Eastern Division, Case No. 02 C 5608 (Co-Lead Counsel).

*In re Bank of America Credit Protection Marketing & Sales Practices Litig.*, United States District Court for the Northern District of California, Case No. 11-md-2269-THE ($20 million settlement; member of Plaintiffs' Executive Committee).

*Bland, et al. v. Petromark, Inc., et al.*, Circuit Court of Boone County, Arkansas, Case No. CV-2003-3-2 (multi-party consolidated environmental litigation, Co-Lead Counsel).

*Campbell, et al. v. Facebook, Inc.*, United States District Court for the Northern District of California, Case No. 4:13-cv-05996-PJH (Co-Lead Counsel; injunctive relief settlement securing disclosures and limitations on Facebook's interception and use of private message content).

*In re Central Parking Corporation Securities Litigation*, United States District Court for the Middle District of Tennessee), Case No. 3:03-0546 ($4.85 million settlement).

*Daniel, et al. v. Ford Motor Company*, United States District Court for the Eastern District of California, Case No. 2:11-02890 WBS EFB (Co-Lead Counsel).

*Desert Orchid Partners, LLC v. Transaction Systems Architects, Inc.*, United States District Court for the District of Nebraska, Case No. 02-cv-553 ($24.5 million settlement; Co-Lead Counsel).

*In re Discover Credit Card Payment Protection Plan Marketing and Sales Practices Litig.*,

United States District Court for the Northern District of Illinois, Case No. MDL No. 2217 ($10.5 million; Co-Lead Counsel).

*In re DQE, Inc. Securities Litigation*, United States District Court, Western District of Pennsylvania, Case No. 01-1851 (Co-Lead Counsel; $12 million settlement).

*In re Dynacq International, Inc. Securities Litigation*, United States District Court for the Southern District of Texas, Houston Division, No. H-02-0377 (Co-Lead Counsel).

*Eastwood, et al. v. Southern Farm Bureau Cas. Ins. Co.,* United States District Court for the Western District of Arkansas, Case No. 11-3075 (Co-Lead Counsel; $3.6 million settlement).

*Ebarle, et al. v. LifeLock, Inc*., United States District Court for the Northern District of California, Case No. 3:15-cv-00258 (Co-Lead Counsel; $81 million settlement).

*Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corporation,* Southern District of Indiana, Case No. 1:16-cv-00789-TWP-MPB (Lead Counsel, $17 million settlement).

*Esslinger v. HSBC Bank Nevada*, United States District Court for the Eastern District of Pennsylvania, Case No. 2:10-cv-03213-BMS ($23.5 million; Co-Lead Counsel).

*In re Fleming Corporation Securities Litigation,* United States District Court for the Eastern District of Texas, Texarkana Division, No. 5-02-CV-178 (Co-Lead Counsel for 33 Act Claims; $93.75 million settlement).

*Friedman v Rayovac Corporation, et al.*, United States District Court of the Western District of Wisconsin, Case No. 02-0308 ($4 million settlement).

*Gaynor v. Thorne, et al*., Circuit Court of Cook County, Illinois County, Dept of Chancery, Case No. 07-CH-14381.

*Garza v. J.D. Edwards & Co.*, United States District Court for the District of Colorado, Case No. 99-1744, ($15 million settlement).

*Hardin, et al. v. BASF*, United States District Court for the Eastern District of Arkansas, Western Div., Consolidated No. 00-CV-00500 SWW (multi-party consolidated environmental litigation, Co-Lead Counsel; confidential settlement).

*In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, United States District Court for the Northern District of Georgia, Case No. 1:14-md-02583-TWT (Executive Committee; $25 million settlement).

*Jensen, et al. v Cablevision Systems Corporation*, United States District Court for the Eastern District of New York, Case No. 2:15-cv-04188-LDW-ARL.

*In re Keyspan Corporation Securities Litigation*, United States District Court for the Eastern District of New York, Case No. 01-cv-5852 (ARR) (MDG).

*Kardonick v. JPMorganChase*, United States District Court for the Southern District of Florida, Case No. 1:10-cv-23235-WMH ($20 million settlement; Co-Lead Counsel).

*King, et al., v. Hamilton Sundstrand Corporation*, District Court of Adams County, Colorado, Case No. 02-CV-2018 (Co-lead Counsel; $2 million settlement of groundwater contamination case).

*In re Lernout & Hauspie Securities Litigation*, United States District Court for the District of Massachusetts, No. 00-CV-11589-PBS (Co-Lead Counsel; $115 million settlement).

*In re Liberty Refund Anticipation Loan Litig.*, United States District Court for the Northern District of Illinois, Case No. 1:12-cv-02949 (Co-Lead Counsel; $5.3 million settlement).

*Lynch v. JDN Realty Corp., et al.*, United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:00-CV-2539 (settled for over $40 million in cash and stock with 11% of the total settlement allocated to Mr. Bowman's clients).

*Matera, et al. v. Google, Inc.*, United States District Court for the Northern District of California, Case No. 5:15-cv-04062-LHK (Co-Lead Counsel; injunctive relief settlement requiring Google to stop using content derived from email transmissions for user profiling and targeted advertising

*Middlesex County Retirement System v. Semtech Corp. et al*, United States District Court for the Southern District of New York, Case No. 07-Civ-7183 (DC) (Co-Lead Counsel; $20 million settlement).

*Montalvo v. Tripos, Inc. et al.*, United States District Court for the Eastern District of Missouri, Eastern Division, Case No. 4:03CV995SNL (Co-Lead Counsel; $3,150,000 settlement).

*In re Monterey Pasta Company Securities Litigation*, United States District Court for the Northern District of California, Case No. 3:03 CV 00632 MJJ (Co-Lead Counsel).

*In re National Golf Properties, Inc. Securities Litigation*, United States District Court for the Central District of California, Western Division, Case No. 02-1383-GHK RZX; ($4.175 million settlement).

*In re Nationwide Financial Services Litigation,* United States District Court for the Southern District of Ohio, Case No. 08-CV-00249 ($5.05 per share increase in offer price; $232.8 million value).

*Nelson, et al. v. Wal-Mart Stores, Inc.,* United States District Court for the Eastern District of Arkansas, Case No. 04-CV-00171 (Co-Lead Counsel; $17.5 million).

*In re NewPower Holdings Securities Litigation*, United States District Court for the Southern District of New York, Case No. 01-cv-1550 (CLB) (Co-Lead Counsel; $41 million settlement).

*Pennsylvania Avenue Funds v. Gerard H. Brandi, et al.*, Common Wealth of Massachusetts Superior Court, Middlesex County, Case No. CV 08-1057.

*Pierce v. Ryerson Inc. et al.*, Illinois Circuit Court, Cook County, Case No. 07 CH 21060.

*City of Pontiac General Employees' Retirement System v. CBS Corp,* United States District Court for the Southern District of New York, Case No. 08-CV-10816 (LBS).

*In re Phycor Shareholder Litigation*, United States District Court for the Middle District of Tennessee, Nashville Division, Case No. 3-99-0807 ($11.2 million cash settlement).

*The Quapaw Tribe of Oklahoma v. Blue Tee Corp.,* United States District Court for the Northern District of Oklahoma, Case No.03-cv-0846-CVE-PJC ($11.5 million settlement in a case against Asarco, LLC).

*Ruble, et. al. v. Rural Metro Corp., et. al*., United States District Court for the District of Arizona, Case No. 99-cv-822-PHX-RGS.

*Sheet Metal Workers Local 28  Pension Fund  v. Office Depot, Inc. et al.*, United States District Court for the Southern District of Florida, Case No. 07-81038-CIV-Hurley/Hopkins.

*Simpson, et al., v. Koppers, et al.*, Pulaski County Circuit Court, Third Division, Case No. CV-00-1659 (multi-party consolidated environmental litigation, Co-Lead Counsel; confidential settlement).

*Slatten v. Rayovac Corporation, et al.*, United States District Court for the Western District of Wisconsin, Case No. 02 C 0325 C (Co-Lead Counsel; $4 million settlement).

*Slone, et.al. v. Fifth Third*, United States District Court for the Southern District of Ohio, Case No. 03-cv-00211 ($15 million settlement).

*Smith v. Intuit, Inc*., United States District Court for the Northern District of California, Case No. 5:12-cv-00222 ($6.55 million cash settlement).

*Spinelli v. Capital One Bank (USA), et al.,* United States District Court for the Middle District of Florida, Case No. 8:08-cv-132-T-33EAJ (more than $100 million settlement; Co-Lead Counsel).
*State of New Mexico v. Discover Financial Services, Inc., et al.,* United States District Court for the District of New Mexico, Case No. 1:13-cv-00503 ($2.15 million cash settlement).

*State of New Mexico v. JPMorgan Chase & Co., et al.,* United States District Court for the District of New Mexico, Case No. 1:13-cv-00472 ($2,146,750.00 million cash settlement).

*In re Sterling Financial Corporation Securities Class Action*, United States District Court of the Southern District of New York, Case No. CV 07-2171(Co-Lead Counsel; $10.25 million settlement).

*Stokes, et al. v. Government Employees Insurance Company d/b/a GEICO, et al*., Circuit Court of Pulaski County, Arkansas, Civil Division, Case No. 60CV-13-4282 (Co-Lead Counsel; $517,206.30 settlement).

*In re Supervalu, Inc. Securities Litigation,* United States District Court for the District of Minnesota, Case No. 02-CV-1738 (JEL/JGL) (Co-Lead Counsel; $4 million settlement).

*Valuepoint Partners, Inc. v. ICN Pharmaceuticals, Inc. Et al.*, United States District Court for the Central District of California, Case No. 03-0989 ($3,225,000 settlement)

*In re Vision America Securities Litigation*, United States District Court for the Middle District of Tennessee, Nashville Division, Case No. 3-00-0279 ($5.9 million settlement).

*White v. Minnesota Mining & Manufacturing Co.*, United States District Court for the Eastern District of Arkansas, Western Div., Case No. LR-C-98-362 (multi-party consolidated environmental litigation, Co-Lead Counsel; confidential settlement).

*Williams, et al, v. State Farm*, Eastern District of Arkansas, Case No. 4:11-cv-00749-KGB (Co-Lead Counsel, $21.7 million settlement).

*Wise, et al. v. Arkansas Aluminum Alloys, Inc., et al.*, Miller County Circuit Court; Case No. CIV-2003-14-1(multi-party consolidated environmental litigation, Co-Lead Counsel; confidential settlement).

*Wroten, et al. v. Shelter Mutual Ins. Co*, Circuit Court of Pulaski County, Arkansas, Civil Division, Case No. 60CV-14-517 (Co-Lead Counsel; $1,773,453.56 settlement).

*Wroten, et al. v. USAble Mutual Ins. Co*., Circuit Court of Pulaski County, Arkansas, Civil Division, Case No. 60CV-14-516 (Co-Lead Counsel; $1,234,585.00 settlement).

*Yvon DuPaul v. H. Edwin Trusheim, et al.* (Rehabcare Group), Circuit Court of the County of St. Louis, Missouri, Case No. 02 CC 3039 (Lead Derivative Counsel).

# Exhibit 2

*Advanced Interventional Pain & Diagnostics of Western Arkansas, LLC v.*

*Adva Holdings, LLC and Encompass Specialty Network, LLC*

**Case No.:  8:20-CV-02704-WFJ-CPT**

_____

**Time Summary**

| Timekeeper | Hours |
|------------|-------|
| Hank Bates (P) | 18.50 |
| Allen Carney (P) | 29.7 |
| Randall Pulliam (P) | 408.35 |
| Tiffany Oldham (P) | 90.5 |
| Cassandra DeCoursey (A) | 233.60 |
| Lee Lowther (A) | 2.2 |
| Jake Windley (A) | 1.6 |
| **Total** | **784.45** |

(P)-Partner
(A)-Associate

**Expense Summary**

| Expense Category | Amount |
|------------------|--------|
| Mediation Services | $7,950.00 |
| Filing Fee | $400.00 |
| Pro Hac Vice Fees | $310.00 |
| Expert/Consultant | $525.00 |
| Postage/Overnight Delivery/Misc. | $726.03 |
| Travel | $994.50 |
| **Total** | **$10,905.53** |

Exhibit 3

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADVANCED INTERVENTIONAL PAIN &
DIAGNOSTICS OF WESTERN ARKANSAS, LLC,

                Plaintiff,

v.                              Case No. 8:20-cv-02704-WFJ-CPT

PARADIGM MANAGEMENT SERVICES, LLC,
ADVA HOLDINGS, LLC, and ENCOMPASS
SPECIALTY NETWORK, LLC,

                Defendants.

_____/

**DECLARATION OF ELLIOT JASON CONN IN SUPPORT OF PLAINTIFF'S MOTION**
**FOR ATTORNEYS' FEES, LITIGATION COSTS, AND SERVICE AWARD AND**
**INCOPORATED MEMORANDUM OF LAW**

I, ELLIOT JASON CONN, declare as follows:

1.           I am a principal with the law firm of Conn Law, PC. I submit this declaration in support of Plaintiff's Motion for Attorney's Fee, Litigation Costs, and Service Award.

In connection with the litigation, my firm performed the following tasks: editing and drafting opposition to Defendants' Motion to Dismiss; advising co-counsel regarding North District of California local rules and procedures; editing and drafting Case Management Conference Statements and attending the April 29, 2020 and August 5, 2020 status conferences;  research regarding single business enterprise liability and personal jurisdiction; drafting and editing the First Amended Complaint; reviewing Initial Disclosures; reviewing discovery responses; reviewing Motion to Dismiss First Amended Complaint and performing research in connection with anticipated opposition, including, but not limited to, research regarding venue, personal

1

jurisdiction, personal jurisdiction for limited liability companies, basis and proof of personal jurisdiction and principal place of business, alter ego liability, and TCPA junk fax agency liability; drafting memorandum regarding opposition to Motion to Dismiss First Amended Complaint; correspondence with co-counsel regarding settlement strategy and preparation for mediation; correspondence regarding the transfer of the case; reviewing the Second Amended Complaint; drafting Motion for Pro Hac Vice application to the Middle District of Florida; reviewing the Settlement Agreement and Release; and preparing this declaration.

3.    The total number of hours expended on this litigation by my firm is 49.6 hours.

4.    With respect to the standing of me and my firm, I briefly summarize my professional experience below:

5.    I graduated from Colgate University with a B.A. in 2008 and graduated from University of California, Berkeley, School of Law with a J.D. in May 2011. During the summer of 2009, I was a judicial extern for the Honorable James Ware, United States District Court, Northern District of California in San Jose, California. And in law school, I served as Senior Editor of the Berkeley Journal of International Law.

6.    I have practiced consumer law my entire career. Following graduation from law school, I was employed as an attorney at Kemnitzer, Barron & Krieg, LLP, in San Francisco, California, one of the oldest consumer protection firms in the state. In 2019, I was offered partnership at Kemnitzer, Barron & Krieg but decided to open my own law practice, Conn Law, PC instead.

7.    100% of my workload consists of consumer protection litigation, as both individual and class action cases.

8.　　I am a member in good standing of the California State Bar and the bars of the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California and have been admitted *pro hac vice* to the Middle District of Florida for this case.

9.　　Throughout my career, I have been actively involved in several organizations seeking to promote the interests of consumers through public interest litigation. In law school, I was a founding member of the Berkeley Law Consumer Advocacy and Protection Society ("CAPS"). I also served as a clinical law student at the East Bay Community Law Center, Neighborhood Justice Clinic in Berkeley, CA, assisting low-income clients facing debt collection lawsuits, researched defenses, prepared pleadings and other required documents, and negotiated favorable settlements. For a number of years of I have volunteered as a supervising attorney at the East Bay Community Law Center Consumer Justice Clinic, supervising and training law students in assisting low-income clients with a variety of consumer matters.

10.　　I sit on the advisory board to the Berkeley Center for Consumer Law and Economic Justice. I am a member of Consumer Attorneys of California (formerly California Trial Lawyers Association), the National Association of Consumer Advocates, Public Justice (formerly Trial Lawyers for Public Justice), and Public Citizen.

11.　　I lecture frequently on consumer law issues. I have spoken before the International Association of Lemon Law Advocates (IALLA), Housing and Economic Rights Advocates (HERA), Inland Counties Legal Services, the National Association of Consumer Advocates (NACA), the National Consumer Law Center, and other organizations. My speaking engagements include:

　　　　a.　Annual Guest Lecturer on Lemon Law for the University of California, Berkeley

School of Law, "Consumer Protection Law" course, Berkeley, California, in 2012, 2013, 2014, 2015, and 2017;

b.   "Point/Counterpoint," International Association of Lemon Law Administrators, 2014 Annual Member Meeting, San Diego, California, October 7, 2014;

c.   Guest Lecturer on "Lemon Law" for the University of California, Hastings College of the Law, Introduction to Consumer Law course, San Francisco, California, Fall 2017;

d.   "Financing/Holder Rule," National Association of Consumer Advocates, 2018 Auto Fraud Conference, Las Vegas, Nevada, April 27, 2018;

e.   "Lemon Law Roundtable," Bar Association of San Francisco, San Francisco, California, October 17, 2019;

f.   "The ABC's of Consumer Arbitration / So You Were Sent to Arbitration, Now What?", National Consumer Law Center, Consumer Rights Litigation Conference, Boston, Massachusetts, November 16, 2019;

g.   "Developing an Auto Fraud Practice: Part I," National Association of Consumer Advocates, Webinar, February 5, 2020;

h.   Guest Lecturer on "Deficiencies and Repossessions" for the "Legal Risk and Protections for Low-Income Purchasers and Owners" course at University of California, Berkeley School of Law, Berkeley, California, February 10, 2020; and

i.   "Developing an Auto Fraud Practice: Part II," National Association of Consumer Advocates Webinar, February 12, 2020.

j.   "Holder Rule," National Association of Consumer Advocates, 2020 Virtual Spring Training, June 22, 2020;

k.   "The ABC's of Consumer Arbitration", National Consumer Law Center, Consumer Rights Litigation Conference, November 16, 2020

l.    "The Client Factor," National Association of Consumer Advocates, 2020 Virtual Spring Training, May 6, 2021;

12.    I have received numerous honors and awards for my work in consumer law. I am A-V rated by Martindale-Hubbell and have been selected as a Northern California Super Lawyer "Rising Star." While in law school, I received the CALI Excellence for the Future Awards in Civil Procedure and Contracts and the American Jurisprudence Award in California Community Property, having received the highest grade in each of those three classes.

13.    In 2018, I received a Commendation from the City of Lancaster for "demonstrated excellence in trial advocacy."

14.    In 2019, I was honored as the Housing and Economic Rights Advocates Community Hero of the Year at the HERA 15th Anniversary Gala.

15.    I have participated in and been appointed class counsel in over 30 consumer class actions. These include:

a.    *Ally Financial v. Lazrovich*, Case No. 111CV195659 (Santa Clara County Superior Court);

b.    *Buzenes v. Nuvell Financial Services LLC,et al.* Case No. BC407366 (Los Angeles County Superior Court);

c.    *Cabiness v. Campus Debt Solutions*, Case No. 16-cv-01109-JST, (US District Court, Northern District of California, June 25, 2018), 2019 WL 1369929;

d.    *Campf v. The Golden 1 Credit Union*, Case No. 34-2018-00228286 (Sacramento County Superior Court);

e.    *Cooper v. Rohl, LLC*, Case No. C15-00352 (Contra Costa County Superior Court);

5

f.  *Deluca v. Wescom Central Credit Union*, Case No. BC472473 (Los Angeles County Superior Court);

g.  *Dixon v. County Financial Services, Inc., et al.*, Case No. RG10537949 (Alameda County Superior Court);

h.  *Eugene v. A-L Financial*, Case No. 34-2011-00099541 (Sacramento County Superior Court);

i.  *Fireside Bank v. Gonzalez*, Case No. BC 445836 (Los Angeles County Superior Court);

j.  *Hamm v. Consumer Portfolio Services*, Case No. 34-2010-00081238 (Sacramento County Superior Court);

k.  *Hardcastle v. Bank of Stockton*, Case No. 34-2013-00148919 (Sacramento County Superior Court);

l.  *Jekowsky v. BMW of North America, LLC*, Case No. 3:13-cv-02158-VC;

m.  *Jones v. CenterOne Financial Services, LLC*, Case No. 3:14-CV-01673 SI (US District Court, Northern District of California);

n.  *King v. California Republic Bank*, Case No. 30-2013-00655804-CU-CT-CXC (Orange County Superior Court);

o.  *Lewis v. System & Services Technology, Inc.*, Case No. BC556372 (Los Angeles County Superior Court);

p.  *Mora v. Harley-Davidson Credit Corp*, Case No 1:08-CV-01453-OWW-GSA, 2014 WL 29743 (US District Court, Eastern District of California);

q.  *Pacific Service Credit Union v. Hernandez, et al.*, Case No. 06 CE CG 03625 JH (Fresno County Superior Court);

r.  *Padilla v. Premier Auto Credit, et al.*, Case No. BC482350 (Los Angeles County Superior Court);

6

s.  *Palacios v. Karplus Warehouse, Inc., et al.*, Case No. BC470675 (Los Angeles County Superior Court);

t.  *Pha v. Yang*, Case No. 2:12-cv-01580-TLN-DAD, (US District Court, Eastern District of California);

u.  *Quality Financial Inc. v. Castillo, et al.*, Case No. KC061825 (Los Angeles County Superior Court);

v.  *Ramirez, et al. v. Balboa Thrift and Loan Association*, Case No. 37-2009-00099225-CU-BT-CTL (San Diego County Superior Court);

w.  *Rhoades v. Gateway One*, Case No. C16-00659, (Contra Costa County Superior Court);

x.  *Salimi v. BMW Financial Services, LLC*, Case No. C12-01754 JSW (US District Court, Northern District of California);

y.  *Sutherland v. Santander Consumer USA, Inc.*, Case No. RG10507124 (Alameda County Superior Court);

z.  *TK Credit Recovery v. Blaurock, et al.*, Case No. RG13676609 (Alameda County Superior Court);

aa. *TK Credit Recovery v. Macias, et al.*, Case No. C14-00919 (Contra Costa County Superior Court);

bb. *Walker v. Westlake Financial Services*, Case No. BC436725 (Los Angeles County Superior Court);

cc. *White v. Topaz Financial Services, LLC*, Case No. BC472910 (Los Angeles County Superior Court);

dd. *Williams v. Tidewater Finance Company*, Case No. BC487314 (Los Angeles County Superior Court); and

ee. *Young v. Rudolph Incorporated*, Case No. 34-2009-00064451 (Sacramento

County Superior Court).

16.     In agreeing to be class counsel, I was fully prepared to commit all necessary resources, financial, professional, and otherwise, in order to oversee the adequate administration of the instant class action litigation as well as protect the best interests of the class.

Dated:          May 13, 2021

Respectfully submitted.

By: _____

**CONN LAW, PC**
Elliot J. Conn (*Admitted pro hac vice*)
354 Pine Street, 5th Floor
San Francisco, CA 94104
Tel:     (415) 417-2780
Fax:     (415) 358-4941
Email:  elliot@connlawpc.com

Exhibit 4

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADVANCED INTERVENTIONAL PAIN &
DIAGNOSTICS OF WESTERN ARKANSAS, LLC,

                Plaintiff,

v.                                 Case No. 8:20-cv-02704-WFJ-CPT

PARADIGM MANAGEMENT SERVICES, LLC,
ADVA HOLDINGS, LLC, and ENCOMPASS
SPECIALTY NETWORK, LLC,

                Defendants.

_____/

**DECLARATION OF NICOLE L. BALLANTE IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND SERVICE AWARD**
**AND INCOPORATED MEMORANDUM OF LAW**

I, Nicole L. Ballante, declare as follows:

      1.      I am an associate with the law firm of Bailey & Glasser LLP. I submit this

declaration in support of Plaintiff's Motion for Attorney's Fee, Litigation Costs, and Service

Award.

      2.      My firm performed the following tasks, among others, during the litigation: acted

as local counsel, advised specially admitted attorneys on local rules, drafted and filed *pro hac vice*

motions, reviewed and revised motion for leave to amend and amended complaint, worked on

settlement, worked on settlement approval papers, reviewed all pleadings and filings.

      3.      The total number of hours expended on this litigation by my firm is 21.30 hours.

      4.      My firm has incurred a total of $327.80 in unreimbursed expenses in connection

with the prosecution of this litigation. The expenses incurred in this action are reflected in the

1

books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

5.      With respect to the standing of my firm, attached hereto as Exhibit A is a brief biography of my firm and attorneys in my firm who were principally involved in this litigation.

Dated: May 13, 2021                          */s/ Nicole L. Ballante*
                                             Nicole L. Ballante

2

Exhibit A

# BAILEY & GLASSER LLP



Attorney

## Nicole Ballante

Florida
360 Central Avenue
Suite 1500
St. Petersburg, FL 33701
T: 727.471.5058  F: 727.894.2649
nballante@baileyglasser.com

Nicole Ballante concentrates her practice on representing clients in commercial and civil litigation in a wide variety of high-stakes corporate disputes, complex commercial cases, real estate, Title IX, and construction disputes.

She has considerable experience at all stages of civil litigation, and has successfully resolved disputes for her clients in trial, arbitration, and mediation. Nicole has represented clients in a variety of industries including real estate, construction, health care, and higher education.

## Awards & Accolades

Best Lawyers: Ones to Watch (2021) – Commercial Litigation and Litigation – Construction

## Practice Areas

Arbitration & Dispute Resolution

Commercial Litigation

Environmental

## Education

J.D., Vanderbilt Law School, 2016

B.A., Florida State University, 2013

## Admissions

Florida
US Court of Appeals for the Eleventh Circuit

# BAILEY & GLASSER LLP

NICOLE BALLANTE

US District Court, Middle District of Florida

US District Court, Northern District of Florida

US District Court, Southern District of Florida

US District Court, District of Colorado

## News & Insights

Male & Female Student-Athletes Win Historic Title IX Sex Discrimination Settlements with Clemson University
04.22.2021

Women's Lacrosse Players File Sex Discrimination Class Action Against Fresno State for Eliminating Team and Violating Title IX
02.12.2021

East Carolina University Agrees to Reinstate Women's Swimming, Diving & Tennis; Develop Gender Equity Plan; and Comply with Title IX
01.07.2021

Bailey Glasser Adds Nicole Ballante to Commercial Litigation Practice in the Firm's Florida Office
11.02.2020

# BAILEY & GLASSER LLP



Partner

## James L. Kauffman

Washington, DC
1055 Thomas Jefferson Street NW
Suite 540
Washington, DC 20007
T: 202.463.2105  F: 202.463.2103
jkauffman@baileyglasser.com

James L. Kauffman concentrates his practice on complex business litigation and class actions specifically in the areas of consumer protection, business litigation, and securities. James has represented consumers, investors, state attorneys general, municipalities, and whistleblowers in a wide variety of disputes in both court and arbitration forums across the country.

Notably, James represented shareholders in one of the largest securities litigation matters in history, *In re Initial Public Offerings Security Litigation* (21 MC 92) (SDNY), a case that involved 309 tech-bubble IPOs and 55 investment brokerage defendants and recovered $586 million.

James regularly speaks at business tort seminars across the country and also on nationally syndicated radio and television shows. He covers topics such as financial industry regulation, consumer fraud, ERISA, and whistleblower protection.

He is also actively involved in the community and provides pro bono legal services to Laugh for Sight, a non-profit organization that raises money for eye disease research through comedy benefits in Los Angeles and New York City.

## Government Service / Previous Employment

Financial Advisor, Morgan Stanley (1999)

## Practice Areas

Arbitration & Dispute Resolution

Business & Finance

Class Actions

# BAILEY & GLASSER LLP

JAMES L. KAUFFMAN

Commercial Litigation

Consumer Litigation

ERISA, Employee Benefits & Trust Litigation

## Education

J.D., University of Florida Fredric G. Levin College of Law, 2002, *cum laude*

B.S.B.A., University of Florida, 1998

## Admissions

District of Columbia

Florida

Arkansas

US Court of Appeals for the Ninth Circuit

US Court of Appeals for the Eleventh Circuit

US District Court, Northern District of Florida

US District Court, Southern District of Florida

US District Court, Middle District of Florida

US District Court, Eastern District of Arkansas

US District Court, Western District of Arkansas

US District Court, Eastern District of Michigan

## Representative Matters

- Obtained $19.8 million recovery of employees' retirement benefits from trustee and individual officers of a closely held private company
- Represented a borrower challenging estimated attorney's fees tacked onto his mortgage loan in *Prescott v. Seterus*, a case that involved two separate appeals to the US Court of Appeals for the Eleventh Circuit; work resulted in two significant appellate opinions that strengthened nationwide consumer debt collection law and led to industry-wide reform, and this precedent paved the way for several recoveries for borrowers from their banks or loan servicers where James served as class counsel
- Obtained $586 million recovery for shareholders against 309 IPO companies and 55 investment banks in one of the largest securities fraud litigations in history

**BAILEY & GLASSER** `LLP`

- Obtained $20 million recovery for shareholders against semiconductor supplier company in connection with the backdating of employee stock option grants
- Represented shareholders against certain officers and directors who participated in a massive Medicare fraud. Resulted in significant corporate reforms and removal of CEO, CFO and General Counsel

## News & Insights

Bailey Glasser Receives Final Approval on $6.25 Million Settlement with Reliance Trust to End ERISA Class Action
08.06.2020

Bailey Glasser Announces Promotions for 2020
02.04.2020

Monavie – Jessop v. Larson Settlement
08.06.2018

Judge Allows Class Action Lawsuit Against Credit Suisse Mortgage Unit To Proceed
04.06.2017

Flood Victims Granted Class Action Status In Lawsuit Against International Paper Co.
03.28.2017

Bailey Glasser Seeks Preliminary Approval of $19.8 Million ESOP Class Action Settlement
11.16.2016

$19.8 Million ESOP Settlement Negotiated In MonaVie Case
08.23.2016

Bailey Glasser Wins Class Certification on Behalf of Mona Vie Employee Stock Ownership Plan Participants
12.11.2015

Washington State Supreme Court Unanimously Decided in Bailey Glasser Client's Favor
12.10.2015