**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADVANCED INTERVENTIONAL PAIN &
DIAGNOSTICS OF WESTERN ARKANSAS, LLC,

   Plaintiff,

v.          Case No. 8:20-cv-02704-WFJ-CPT

ADVA HOLDINGS, LLC, and ENCOMPASS
SPECIALTY NETWORK, LLC,

   Defendants.

_____/

**PLAINTIFF'S REPLY IN FURTHER SUPPORT OF (i) UNOPPOSED**
**MOTION FOR  FINAL APPROVAL OF CLASS ACTION SETTLEMENT,**
**AND (ii) UNOPPOSED MOTION FOR ATTORNEYS' FEES,**
**LITIGATION COSTS, AND SERVICE AWARD**

On or about May 14, 2021, Plaintiff Advanced Interventional Pain & Diagnostics of Western Arkansas, LLC ("Plaintiff" or "Settlement Class Representative") filed (i) an Unopposed Motion for Final Approval of Class Action Settlement (ECF No. 101), and (ii) an Unopposed Motion for Attorneys' Fees, Litigation Costs, and Service Awards (ECF No. 102) (collectively, "Plaintiff's Motions"). Therein, Plaintiff reported that (i) the court-approved notice plan had been implemented in accordance with the Preliminary Approval Order (ECF No. 95) and the Settlement Agreement (ECF No. 93-1) (*see* Declaration of Michelle Robinson Re: Notice Procedures ("Robinson Decl.") at ¶¶ 5-6); and (ii) as of the filing date of Plaintiff's Motions, no one had filed an objection to either the Settlement or Class Counsel's request for attorneys' fees, litigation costs, and service award and only two (2) requests for exclusion had been received (*see id*. at ¶¶ 10-11).

The deadline for objecting and requesting exclusion, which was May 22, 2021, has now passed. Plaintiff and Class Counsel have not received any objections to the Settlement or to Class Counsel's request for attorneys' fees, litigation costs, and service award. There has been no additional requests for exclusion received by the Settlement Administrator, meaning, in total, only two (2) requests for exclusion have timely been submitted.

Accordingly, Plaintiff and Class Counsel submit that the Settlement enjoys the overwhelming support of the Class. For this reason and those specified in Plaintiff's Motions, Plaintiff and Class Counsel respectfully request that the Court

1

(i) finally approve the Settlement as fair, reasonable, and adequate, and (ii) award the requested attorneys' fees, litigation costs, and service award.

Dated: June 11, 2021                    Respectfully submitted,

By*:*    */s/ Randall K. Pulliam*
Randall K. Pulliam (*Admitted Pro Hac Vice*)
rpulliam@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 West 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

Nicole Ballante (Fla. Bar No. 125356)
nballante@baileyglasser.com
BAILEY & GLASSER, LLP
360 Central Avenue, Suite 1500
St. Petersburg, Florida 33701
Telephone: 727.894.6745
Facsimile: 727.894.2649

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 11th day of June, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record.

 */s/ Randall K. Pulliam*
Randall K. Pulliam