**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:20-cv-2704-WFJ-CPT | | DATE:   June 22, 2021 | |
|---|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | | |
| **ADVANCED INTERVENTIONAL PAIN & DIAGNOSTICS OF WESTERN ARKANSAS, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**ADVA HOLDINGS, LLC, et al.,**<br><br>Defendants | | **PLAINTIFF COUNSEL**<br>Randall Keith Pulliam<br>Nicole Louise Ballante<br><br><br><br>**DEFENDANT COUNSEL**<br>Molly McGinley | |
| **COURT REPORTER:** Tracey Aurelio | | **DEPUTY CLERK:** | Shameeka Olden |
| **TIME:** 9:31 AM – 9:37 AM<br>**TOTAL:** 6 minutes | | **COURTROOM:** | 15B |

**PROCEEDINGS:**   TELEPHONIC SETTLEMENT CONFERENCE

Mr. Pulliam advised the Court and Ms. McGinley concurred that there have been no objections and only two individuals requested to be excluded.

No class members attended this hearing.

The Court granted the unopposed Motions at Docs. 101, 102 [see Final Approval Order and Judgment; and Order at Docs. 107, 108].