UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADVANCED INTERVENTIONAL PAIN &
DIAGNOSTICS OF WESTERN ARKANSAS,
LLC, on behalf of itself and all others similarly
situated,

      Plaintiff,

v.

ADVA HOLDINGS, LLC, and ENCOMPASS
SPECIALTY NETWORK, LLC,

      Defendant.

Case No.: 8:20-cv-02704-WFJ-CPT

**ORDER DIRECTING FURTHER DISTRIBUTIONS
FROM THE SETTLEMENT FUND**

The Court considering the submissions of the Parties, including Plaintiff's Motion for Further Distributions from the Settlement Fund (Dkt. 110) in light of:

A.    The Court having issued the Final Approval Order and Judgment in this matter on June 22, 2021.

B.    The Settlement Fund has a current balance of $42,725.42 after 725 claimants cashing checks from the initial distribution of funds.

C.    The Settlement Administrator shall make the following payments from the Settlement Fund:

    1.    Approximately $43.96 to each of the 725 claimants who cashed their checks after the first distribution of Settlement Funds.

    2.    $10,854 to the Settlement Administrator for costs it will incur due to the second distribution of payments.

    3.    At the conclusion of the second distribution, any remaining balance in the Settlement Fund to will be sent to Johns Hopkins All Children's Hospital, 12220 Bruce B. Downs Blvd, Tampa, FL 33612, as a cy pres recipient.

D.    After these distributions, all Settlement Funds will have been expended.

**WHEREFORE, it is ORDERED:**

1. That it is appropriate to make the distributions as described in this Order.

2. That within 21 days of this Order, the Settlement Administrator will issue checks to the 725 Class Members in the amount of approximately $43.96.

3. The Court approves and authorizes payment of the Settlement Administrator's fees and costs of $10,854.

4. The Court approves and authorizes payment of any balance remaining after the second distribution of Settlement Funds to Johns Hopkins All Children's Hospital, 12220 Bruce B. Downs Blvd.. Tampa, Florida 33623, as a cy pres recipient.

IT IS FURTHER ORDERED:

5. That the Court retains continuing jurisdiction over this action, Plaintiff, all members of the Settlement Class, and Defendant to determine all matters relating in any way to this Order, the Final Order and Judgment, the Preliminary Approval Order, or the Settlement Agreement, including, but not limited to, their administration, implementation, interpretation, or enforcement.

Dated: March 3, 2025

_____
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**